UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD LAMB,

Plaintiff,

v.

HOLLAND AMERICA LINE INC, HOLAND AMERICA LINE NV, HAL ANTILLEN NV,

Defendants.

CASE NO. 2:25-cv-00723-BAT

**ORDER DIRECTING JOINT STATUS REPORT**

On June 17, 2026, at the parties' request, the Court continued the deadline for completion of discovery by four weeks from June 19, 2026 to July 17, 2026. Dkt. 17. At that time, the other case deadlines were not revised. Trial in this matter is currently set for October 5, 2026, with Plaintiff's pretrial statement due August 14, 2026, and Defendant's pretrial statement due September 4, 2026. Dkt. 12.

Accordingly, the parties are **DIRECTED** to file a joint status report by **August 7, 2026** to (1) advise the Court whether they anticipate being ready for trial by October 5, 2026 and (2) if they require more time, propose alternative dates for trial and for the remainder of the pretrial schedule.

DATED this 4th day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge